**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-199** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **PEDRO RIVERA** | : | |

## ORDER

Upon motion (Doc. 721) by the Government to dismiss the forfeiture allegation from the Superseding felony Information,

IT IS HEREBY ORDERED that all references to $8,990.00 In United States Currency are hereby stricken from the Superseding felony Information.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge